UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE/OPELOUSAS DIVISION

| | |
|---|---|
| **LAWRENCE W. LEONARDS** | **CIVIL ACTION NO.  07CV0344** |
| **VERSUS** | **JUDGE MELANÇON** |
| **BAYER CROPSCIENCE L. P.** | **MAGISTRATE JUDGE HILL** |

**ORDER**

The Court having been made aware that this matter has been conditionally transferred pursuant to Rul 7.4 of the Rule of Procedure of the Judicial Panel on Multi district Litigation, 199 F.R.D. 425, 435-36 (2001) and 28 U.S.C sec. 1407 to the United States District Court for the Eastern District of Missouri, it is

ORDERED that the clerk administratively terminate this action in his records, without prejudice to the right of the parties to file a motion to reopen the proceedings as set out hereinafter.

IT IS FURTHER ORDERED that any motions that remain pending are DENIED AS MOOT and may be re-urged upon the re-opening of this matter.

IT IS FURTHER ORDERED that the attorneys for the parties are to jointly notify the Court within twenty (20) days for he MDL Panel's decision, if that decision resolves the matter(s) in dispute between them.

This order shall not be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, any party may initiate such motion as if this order had not been entered within twenty (20) days fo the MDL  Panel's decision.

Signed in Lafayette, Louisiana, this 14th day March, 2007.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE